B. R. COBB v. D. C. BROWN.

(No. 5436.)

ERROR from Jack County. Opinion by WILLSON, J.

SWAN & BOMAR, counsel for plaintiff in error.

No counsel appeared for defendant in error.

§ 314. *Citation served after return day is invalid service.* Brown recovered judgment by default against Cobb. Citation in the suit was served upon Cobb October 7, 1885, two days *after* said citation was returnable. *Held:* Such service was void. A citation must be served before the return day thereof. [R. S. art. 1228.] At the date of the service of said citation it was impossible for the defendant to appear and answer on the day named therein for him to do so. [W. & W. Con. Rep. § 33.]